# UNITED STATES DISTRICT COURT
## District of Columbia

DIVYA MAHIDA, YASHRAJ MAHIDA and
PRITHVIRAJ MAHIDA,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, and PAUL M. PIERRE, Acting Director of
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES' Nebraska Service Center

CASE NUMBER   1:06CV00185

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/█/2006

TO: (Name and address of Defendant)

Paul M. Pierre, Acting Director
United States Citizenship & Immigration Services, Nebraska
Service Center
850 "S" Street
Lincoln, NE 68508

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____sixty (60)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB - 1 2006
DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/20/2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Sue Alexandrowicz | Legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail/return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2006    *Sue Alexandrowicz*
             Date            Signature of Server

Michael E. Piston, PC
4000 Livernois, Ste 110, Troy MI 48098
Address of Server

**RECEIVED**
FEB 21 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## District of Columbia

DIVYA MAHIDA, YASHRAJ MAHIDA and
PRITHVIRAJ MAHIDA,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, and PAUL M. PIERRE, Acting Director of
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES' Nebraska Service Center

CASE NUMBER 1:06CV00185

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/██/2006

TO: (Name and address of Defendant)

United States Citizenship and Immigration Services
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         FEB - 1 2006

CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a C        tion

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02/20/2006 |
| NAME OF SERVER (PRINT) Sue Alexandrowicz | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _certified mail/return receipt requested_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2006            _Sue Alexandrowicz_
                    Date                                Signature of Server

Michael E Piston, PC
4000 Livernois, Ste 110, Troy, MI 48098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

DIVYA MAHIDA, YASHRAJ MAHIDA and
PRITHVIRAJ MAHIDA,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, and PAUL M. PIERRE, Acting Director of
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES' Nebraska Service Center.

CASE NUMBER:

CASE NUMBER   1:06CV00185

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/██/2006

TO: (Name and address of Defendant)

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        FEB -1 2006
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 02/20/2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Sue Alexandrowicz | legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail/return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/20/2006  
*Date*  

*Signature of Server*

Michael E Piston PC
4000 Livernois, Ste 110, Troy MI 48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

DIVYA MAHIDA, YASHRAJ MAHIDA and
PRITHVIRAJ MAHIDA,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, and PAUL M. PIERRE, Acting Director of
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES' Nebraska Service Center

CA

CASE NUMBER 1:06CV00185

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/▇▇/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein, U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB - 1 2006

CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/20/2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sue Alexandrowicz | legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail / return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2006           _Sue Alexandrowicz_
                Date                Signature of Server

Michael E. Piston, PC
4000 Livernois, Ste 110, Troy MI 48098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.