UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIVYA MAHIDA, YASHRAJ MAHIDA** ) <br> **AND PRITHVIRAJ MAHIDA** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br>     **v.** ) **Electronic Case Filing** <br> ) **Civil Action No. 06-0185 (CKK)** <br> ) <br> ) <br> **UNITED STATES CITIZENSHIP AND** ) <br> **IMMIGRATION SERVICES and PAUL M. PIERRE,** ) <br> **Acting Director of UNITED STATES CITIZENSHIP** ) <br> **AND IMMIGRATION SERVICES, Neb. Service Center**) <br> ) <br>       **Defendants.** ) <br>     ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2006, I caused the foregoing Praecipe to be served on Plaintiffs' counsel, Michael Piston, via electronic mail.

/s/
MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)