UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIVYA MAHIDA, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Electronic Case Filing |
| | ) Civil Action No. 06-0185 (CKK) |
| | ) |
| **UNITED STATES CITIZENSHIP AND** | ) |
| **IMMIGRATION SERVICES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO COMPLAINT, *NUNC PRO TUNC***

Defendants, through and by undersigned counsel, hereby submit this Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, including and until June 2, 2006.

1. Defendants' answer to Plaintiffs' Complaint was due on May 1, 2006.

2. Regrettably, due to inadvertent miscalendaring, the above deadline was missed. Pursuant to Fed. R. Civ. P. 6(b) this constitutes excusable neglect.  Because of press of work, undersigned counsel requires additional time to coordinate efforts with the Agency and prepare and file a dispositive motion in response to the Complaint.

3. Defendant therefore requests two additional weeks to respond to Plaintiffs' Complaint.

4. Pursuant to LCvR 7(m), undersigned counsel contacted Plaintiffs' counsel, who consents to this request.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of a dispositive motion, in response to Plaintiffs' Complaint, be extended to June 2, 2006. A minute order is requested.

Dated: May 19, 2006.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2006, I caused the foregoing Motion to be served on Plaintiffs' counsel, Michael Piston, via electronic mail.

                            /s/
                        MERCEDEH MOMENI, D.C.
                        Assistant United States Attorney
                        555 4th Street, NW
                        Civil Division
                        Washington, DC 20530
                        (202) 305-4851
                        (202) 514-8780 (facsimile)