UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIVYA MAHIDA, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Electronic Case Filing** |
| | ) **Civil Action No. 06-0185 (CKK)** |
| | ) |
| **UNITED STATES CITIZENSHIP AND** | ) |
| **IMMIGRATION SERVICES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, through and by undersigned counsel, hereby submit this Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, including and until July 17, 2006.

1. Defendants' response to Plaintiffs' Complaint is due on June 2, 2006.

2. Defendants require additional time to prepare and file a dispositve motion in response to Plaintiffs' Complaint. This time is principally needed because of the schedule of lead counsel for Defendants, which has recently included trial preparation in the matter of *Ferguson v. Small*, Civil Action No. 99-2021 (EGS) (trial expected to last through June 19, 2006); a motion for summary affirmance and a response in the United States Court of Appeals for the District of Columbia in the matters of *Montgomery v. District of Columbia, et al.,* No. 06-5056, and *Mitchell v. Bureau of Prisons*, No. 05-05420, respectively.

3. Pursuant to Local Rule 7(m) undersigned counsel attempted to reach Plaintiffs'

counsel for his consents to this request but was unable.

    4.  Defendants therefore request 45 additional days to file a dispositive motion in response to Plaintiffs' Complaint.

    WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of their dispositve motion be extended to July 17, 2006.  A minute order is requested.

Respectfully submitted,

/s/

Dated: June 1, 2006.  _____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2006, I caused the foregoing Motion to be served on Plaintiffs' counsel, Michael Piston, via electronic mail.

          /s/
MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)