UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIVYA MAHIDA, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Electronic Case Filing |
| | ) Civil Action No. 06-0185 (CKK) |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING UNDER SEAL

Pursuant to LCv5.4(f)(1)-(4), the defendant notes the filing under seal of defendant's Certification of Documents. Defendant's document has personal identifiers that should be excluded from public review. The Court will be provided a redacted version via ECF.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2006, I caused the foregoing Notice of Filing Under Seal to be served on Plaintiffs' counsel, Michael Piston, via electronic mail.

_/s/_
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851
(202) 514-8780 (facsimile)