UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIVYA MAHIDA, YASHRAJ MAHIDA and PRITHVIRAJ MAHIDA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, and PAUL M. PIERRE, Acting Director of United States Citizenship and Immigration Services' Nebraska Service Center,<br><br>Defendants | Electronic Case Filing<br><br>1. Civil Action No.: C 1:06CV00185 (CKK)<br><br>CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, *NUNC PRO TUNC* |

Plaintiffs, through and by undersigned counsel, hereby submit this Motion for Extension of Time to Answer Respond to Defendants' Motion To Dismiss Or In The Alternative For Summary Judgment, including and until August 17, 2006.

1. Plaintiffs' answer to Defendants' Motion was due on July 28, 2006.

| | |
|---|---|
| CONSENT MOTION FOR  EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION  TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, *NUNC PRO TUNC*<br>1 | Michael E. Piston P.C.<br>4000 Livernois Ste 110<br>Troy, MI 48098<br>Michael@piston.net |

2. Regrettably, due to inadvertent miscalendaring, the above deadline was missed. Pursuant to Fed. R. Civ. P. 6(b) this constitutes excusable neglect. Because of press of work and the novelty of the issues involved undersigned counsel requires additional time to research prepare and a response to this dispositive motion

3. Defendants' motion raises an issue which is, to this counsel's knowledge, of first impression, not only in this District, but throughout the nation, that being whether the time for the filing of an extension of nonimmigrant status is subject to equitable tolling.

3. Plaintiffs therefore request two additional weeks to respond to Defendants' Motion.

4. Pursuant to LCvR 7(m), undersigned counsel contacted Defendants' counsel, who consents to this request.

WHEREFORE, Plaintiffs' request that this enlargement be granted, and that the date for the filing of a response to Defendants' Motion To Dismiss Or In The Alternative For Summary Judgment, be extended to August 17, 2006. A minute order is requested.

CONSENT MOTION FOR EXTENSION OF TIME         Michael E. Piston P.C.
TO FILE A RESPONSE TO DEFENDANTS' MOTION     4000 Livernois Ste 110
TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY Troy, MI 48098
JUDGMENT, *NUNC PRO TUNC*                    Michael@piston.net
2

Respectfully Submitted this 3rd day of August, 2006.

_____
Michael E. Piston
 USDC Bar No.  MI 002
Attorney for Defendants
Michael E. Piston P.C.
4000 Livernois Ste 110
Troy, MI 48098
248-680-0600
Michael@piston.net