UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIVYA MAHIDA, YASHRAJ MAHIDA and PRITHVIRAJ MAHIDA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, and PAUL M. PIERRE, Acting Director of United States Citizenship and Immigration Services' Nebraska Service Center,<br><br>Defendants | Electronic Case Filing<br><br>Civil Action No. 06-0185 (CKK)<br><br>PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT |

    Plaintiffs, through their attorney, oppose Defendants' Motion to Dismiss or in the Alternative for Summary Judgment because, for the reasons provided in the attached supporting memorandum, this court does have jurisdiction over their claims. Further, the Court should in fact grant summary judgment in favor of the Plaintiffs because although there is no genuine issue of material fact of dispute, the Defendants did violate the Administrative Procedures Act when it

COMPLAINT - 1

1 denied Plaintiffs' applications to extend their nonimmigrant status in the United States.  In
2 support of this opposition and cross-motion, the plaintiffs respectfully refer the Court to their
3 Memorandum of Points and Authorities in Opposition to the Motion and in Support of Plaintiffs'
4 Cross-Motion for Summary Judgment attached hereto.

Dated this 17th day of August, 2006

Michael E. Piston
Michael E. Piston, P.C.

4000 Livernois Ste 110
Troy, MI 48098
Phone: 248-524-1936
Fax: 248-928-0340
e-mail: michael@piston.net