UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIVYA MAHIDA, YASHRAJ MAHIDA and PRITHVIRAJ MAHIDA, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, and PAUL M. PIERRE, Acting Director of United States Citizenship and Immigration Services' Nebraska Service Center, <br><br> Defendants | Electronic Case Filing <br><br> Civil Action No. 06-0185 (CKK) <br><br> PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE |

Plaintiffs admit that the facts recited in Defendants' Statement Of Material Facts Not In Genuine Dispute are not in material dispute. However, Plaintiffs' note that there was no attorney-client relationship between current counsel and the Plaintiffs' until approximately June, 2005. A.R. at 10. Therefore it is immaterial that the attorney of record pertaining to the form I-129 filed by

COMPLAINT - 1
          Michael E. Piston, P.C.
          4000 Livernois, Suite 110
          Troy, MI 48098
          (248) 524-1936
          michael@piston.net

1  Metco Land SEA Corporation upon behalf of Yogendrashin Mahida was filed by an associate of
2  current counsel at Transnational Legal Services, P.C. in 2002.
3
4                                    Dated this  17th  day of  August, 2006
5
6
7
                                     _____
                                     Michael E. Piston
8                                    Michael E. Piston, P.C.
9                                    4000 Livernois Ste 110
                                     Troy, MI 48098
10                                   Phone: 248-524-1936
                                     Fax: 248-928-0340
11                                   e-mail: michael@piston.net
12
13
14
15
16
17
18
19
20
21
22
23
24
25