UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIVYA MAHIDA, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Electronic Case Filing |
| | ) Civil Action No. 06-0185 (CKK) |
| | ) |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendants, through and by undersigned counsel, hereby submit this Motion for Extension of Time to file a reply in support of their Motion to Dismiss or in the Alternative for Summary Judgment ("Reply"), including and until September 12, 2006.

1. Defendants' Reply is due on August 29, 2006.

2. Undersigned counsel requires two additional weeks to prepare this Reply because of an unforeseen family medical difficulty.

3. Pursuant to Local Rule 7(m) the parties have conferred and Plaintiffs' counsel consents to this request.

4. Defendants therefore request two additional weeks to file their Reply.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of their Reply be extended to September 12, 2006.  A minute order is requested.

                                          Respectfully submitted,

                                              /s/

Dated: August 25, 2006.                    _____
                                        KENNETH L. WAINSTEIN, DC Bar #451058
                                        United States Attorney


                                        _____/s/_____
                                        RUDOLPH CONTRERAS, D.C. Bar No. 434122
                                        Assistant United States Attorney


                                        _____/s/_____
                                        MERCEDEH MOMENI
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        Tel: (202) 305-4851
                                        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, I caused the foregoing Motion to be served on Plaintiffs' counsel, Michael Piston, via electronic mail.

/s/
MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)