UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIVYA MAHIDA, YASHRAJ MAHIDA, & PRITHVIRAJ MAHIDA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Civil Action No. 06–185 (CKK) |

**ORDER**
(November 28, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 28th day of November, 2006, hereby

ORDERED that Defendants' [7] Motion to Dismiss is GRANTED; it is also

ORDERED that Defendants' Alternative [8] Motion for Summary Judgment is DENIED AS MOOT; it is also

ORDERED that this case is DISMISSED in its entirety.

*This is a final, appealable order.*

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　United States District Judge